# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY CHARLES WHITE, SR.                                                       PLAINTIFF
ADC # 109629

v.                            No. 5:09CV00148 JLH/HDY

LARRY NORRIS, Director, Arkansas Department
of Correction; ROGER CAMERON, Treatment
Coordinator, Arkansas Department of Correction;
BRYCE GEIGGER, Treatment Counselor, Arkansas
Department of Correction; DOES, John and Jane, ADC
Mental Health, Arkansas Department of Correction;
and RICHARD, Doctor, Arkansas Department of Correction        DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 16th day of June, 2009.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE